### 18472. ROBERTSON *v.* THE STATE.

BROYLES, C. J. The evidence tending to connect the accused with the offense charged was wholly circumstantial and was not sufficient to exclude every reasonable hypothesis save that of his guilt. It follows that his conviction was unauthorized, and the court erred in refusing to grant a new trial.

Judgment reversed. *Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1927.

Possessing liquor; from Murray superior court—Judge Pittman. September 12, 1927.

A five-gallon glass jug with about a quart or a half-gallon of whisky in it was found in a hollow stump beside which Robertson, the defendant, was squatting, reaching down into the stump, about a quarter of a mile from his house and on his land. He "did not try to get away or give any trouble." A witness for the defendant testified that he had previously discovered the liquor in the stump and told the defendant about it; and the defendant, in his statement at the trial, said that he knew nothing about the whisky until informed about it, and that he was looking for it when the State's witnesses came up.

*H. H. Anderson, Stafford R. Brooke,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 764, n. 54.
Intoxicating Liquors, 33 C. J. p. 762, n. 55.